**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**


UNITED STATES OF AMERICA

-vs-                                                            Case No.:  2:09-cr-77-FtM-99SPC

MANUEL TORRES

_____


## ORDER

_____This matter comes before the Court on the Motion to Terminate All Restrictions and Legal

Impediments Imposed by the Court to Prevent Contact and Family Visitation Between Defendant,

Manuel Torres, and Defendant, Veronica Torres, (Doc. #347) filed on July 20, 2010.  Defense

Counsel moves the Court for relief of a "no-contact" provision imposed as a condition of pretrial

release which indicates Defendant, Manuel Torres, and Defendant, Veronica Torres were to avoid

all contact, directly or indirectly, with each other.   However, this restriction was imposed upon

Veronica Torres who was released on a $100,000 unsecured bond.  The Defendant, Manuel Torres,

remains in custody.  Counsel for Veronica Torres has not moved the Court for a modification to any

conditions of her release.  Should there be a request to modify the conditions of release as it relates

to Veronica Torres, then her Counsel must move the Court on her behalf.

Accordingly, it is now

**ORDERED:**

The Motion to Terminate All Restrictions and Legal Impediments Imposed by the Court to Prevent Contact and Family Visitation Between Defendant, Manuel Torres, and Defendant, Veronica Torres (Doc. #347) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___23rd___ day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record